IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMA VAGLARSKI, | CASE NO. 2:15-CV-01987-MCE-KJN |
| Plaintiff-Petitioner, | ORDER CONTINUING STATUS HEARING |
| v. | |
| LORETTA LYNCH, ET AL., | |
| Defendants-Respondents. | |

Upon the joint request of the parties, and good cause appearing, IT IS HEREBY ORDERED that the status hearing scheduled for September 12, 2019, is continued to October 24, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 15, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1