IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMA VAGLARSKI,<br><br>      Plaintiff-Petitioner,<br><br>v.<br><br>LORETTA LYNCH, ET AL.,<br><br>      Defendants-Respondents. | CASE NO. 2:15-CV-01987-MCE-KJN<br><br>ORDER CONTINUING STATUS HEARING |

    Upon the joint request of the parties, IT IS HEREBY ORDERED that the status hearing scheduled for October 24, 2019, is continued to December 11, 2019, at 10:00 a.m.

    IT IS SO ORDERED.

Dated: October 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1