# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

TOMA VAGLARSKI,

    Petitioner,

v.

WILLIAM BARR, Attorney General of the United States
BENJAMIN WAGNER, US Attorney, Eastern District, Sacramento, California

    Defendants.

Case No. 2:15-cv-01987-MCE-KJM

**ORDER PURSUANT TO PETITION FOR WRIT OF ERROR CORAM NOBIS**

Pursuant to the Writ of Coram Nobis and the Order of the Ninth Circuit and based on the agreement of the parties, the Writ is hereby GRANTED, the plea of November 5, 2013 is withdrawn and the matter reverts to pre-trial posture.

Pursuant to 18 USC 3607, the Petitioner hereby pleads guilty *nunc pro tunc* to November 5, 2013, to one count of 21 U.S.C. § 844.

Pursuant to 18 USC 3607, the Court hereby places the Petitioner on probation for 364 days, *nunc pro tunc* from November 5, 2013 without entering a judgment of conviction.

The Defendant has not violated the terms of the *nunc pro tunc* probation and he has led a law abiding life for the intervening 5 years and 11 months and without entering a judgment of conviction,

IT IS HEREBY ORDERED that the proceedings be DISMISSED in their entirety.

IT IS FURTHER ORDERED that the Petitioner is discharged from probation.

IT IS SO ORDERED.

Dated: January 3, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER PURSUANT TO PETITION FOR WRIT OF ERROR CORAM NOBIS**